Michael Schumacher (#262403)
**RIGRODSKY & LONG, P.A.**
155 Jackson Street, #1903
San Francisco, CA 94111
Telephone: (415) 855-8995
Facsimile: (302) 654-7530
ms@rl-legal.com

*Attorneys for Plaintiff*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCARANTINO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STEADYMED LTD., KEITH BANK, RON GINOR, DONALD HUFFMAN, ELIZABETH CERMAK, STEPHEN FARR, BRIAN STARK, and JONATHAN RIGBY,<br><br>Defendants. | Case No. 3:18-CV-03832<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Richard Scarantino ("Plaintiff") hereby voluntarily dismisses the above-captioned action against all defendants with prejudice as to Plaintiff and without prejudice as to the class pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendants have filed neither an answer nor a motion for summary judgment.

1

Dated:  August 20, 2018

2

3

4

**OF COUNSEL:**

5

**RM LAW, P.C.**

6

Richard A. Maniskas

7

1055 Westlakes Drive, Suite 300
Berwyn, PA 19312

8

Telephone: (484) 324-6800
Facsimile: (484) 631-1305

9

Email: rm@maniskas.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RIGRODSKY & LONG, P.A.**

By:   */s/ Michael Schumacher*

Michael Schumacher (#262403)
155 Jackson Street, #1903
San Francisco, CA 94111
Telephone:  (302) 295-5310
Facsimile:  (302) 654-7530
Email: ms@rl-legal.com

Brian D. Long
Gina M. Serra
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

2

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL